# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   MATEO CASTILLO & OLGA CASTILLO                          Case Number: 04-73864
         1257 SANFORD ST.                SSN-xxx-xx-5381 & xxx-xx-4129
         ROCKFORD, IL  61102

                                                         Case filed on:      8/2/2004
                                                         Plan Confirmed on:  10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $13,300.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
|  | Total Legal | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 |
| 018 | BUCHALTER NEMER A PROFESSIONAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MATEO CASTILLO | 0.00 | 0.00 | 700.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 700.00 | 0.00 |
| 001 | OCWEN LOAN SERVICING LLC | 62,225.00 | 0.00 | 0.00 | 0.00 |
| 002 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 62,225.00 | 0.00 | 0.00 | 0.00 |
| 003 | RESURGENT CAPITAL SERVICES | 1,433.61 | 1,433.61 | 391.33 | 0.00 |
| 004 | LVNV FUNDING LLC | 1,334.57 | 1,334.57 | 364.28 | 0.00 |
| 005 | ROUNDUP FUNDING LLC | 3,328.45 | 3,328.45 | 908.53 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 6,439.60 | 6,439.60 | 1,757.75 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 3,799.43 | 3,799.43 | 1,037.08 | 0.00 |
| 008 | DR. JOSEPH FANARA | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 2,062.97 | 2,062.97 | 563.11 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 2,241.32 | 2,241.32 | 611.79 | 0.00 |
| 011 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 280.00 | 280.00 | 76.43 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 4,407.76 | 4,407.76 | 1,203.13 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 411.52 | 411.52 | 112.32 | 0.00 |
| 014 | ROUNDUP FUNDING LLC | 2,366.01 | 2,366.01 | 645.82 | 0.00 |
| 015 | UNION PLUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RAUL CASTILLO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 428.60 | 428.60 | 116.99 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 5,090.95 | 5,090.95 | 1,389.62 | 0.00 |
|  | Total Unsecured | 33,624.79 | 33,624.79 | 9,178.18 | 0.00 |
|  | Grand Total: | 98,449.79 | 36,224.79 | 12,478.18 | 0.00 |

Total Paid Claimant:       $12,478.18
Trustee Allowance:         $821.82          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    27.30            discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008          By  /s/Heather M. Fagan